DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
HAMID ABID FLORES

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 23-CR-0321 DAD |
| Plaintiff, | ) ) | PROPOSED ORDER |
| vs. | ) ) | |
| HAMID ABID FLORES, | ) ) | |
| Defendant | ) ) | |
| | ) ) | |
| | ) | |

**ORDER**

On February 2, 2026, The Court sentenced Mr. Hamid Abid Flores to a sentence of time served in the above reference case, with a condition of supervised release that Mr. Abid participate in a 6 month residential drug rehabilitation program.

The Court hereby orders that Mr. Hamid Abid Flores be **released at 8:00 a.m. from the Sacramento County Jail on February 3, 2026**, to Investigator Fred Scoville. Mr. Scoville will transport Mr. Flores to the Salvation Army Rehabilitation program located in Fresno, California.

/////

/////

/////

STIPULATION AND ORDER            - 1 -

The Court further orders that the Sacramento County Jail provide Mr. Flores with a 30-day supply of all prescribed medication and a current prescription for at least one refill.

IT IS SO ORDERED.

Dated:    **February 2, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                - 2 -